# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROY L. NELSON

        v.

JO ANNE B. BARNHART,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5491RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.

   March 23, 2007     
Date

   BRUCE RIFKIN     
Clerk

 *s/Caroline M. Gonzalez*  
Deputy Clerk